

**OKLAHOMA STATE COURTS NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.



**( + )   Track Case**

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| SNEAD FAMILY 2010, LLC,<br>        Plaintiff,<br>v.<br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br>        Defendant. | **No. CJ-2026-4207**<br>**(Civil relief more than $10,000: BREACH OF**<br>**AGREEMENT - CONTRACT)**<br><br>Filed: 05/20/2026<br><br><br>Judge: Mai, Natalie |

## PARTIES

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, Defendant
SNEAD FAMILY 2010, LLC, Plaintiff

## ATTORNEYS

**Attorney**

Melton,  Jeremy  E (Bar #22650)
10334 GREENBRIAR PARKWAY
OKC

**Represented Parties**

SNEAD FAMILY 2010, LLC,

## EVENTS

Get Text Reminders

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
           Filed By:
           Filed Date: 05/20/2026



**EXHIBIT**

**1**

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | |
|---|---|---|---|
| 05-20-2026 | [ TEXT ] | | #1 |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | |
| 05-20-2026 | [ CONTRACT ] | | |
| | | BREACH OF AGREEMENT - CONTRACT | |
| 05-20-2026 | [ DMFE ] | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | |
| 05-20-2026 | [ PFE1 ] | | $ 163.00 |
| | | PETITION | |
| 05-20-2026 | [ PFE7 ] | | $ 6.00 |
| | | LAW LIBRARY FEE | |
| 05-20-2026 | [ OCISR ] | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | |
| 05-20-2026 | [ OCJC ] | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | |
| 05-20-2026 | [ OCASA ] | | $ 10.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | |
| 05-20-2026 | [ SSFCHSCPC ] | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 05-20-2026 | [ CCADMINCSF ] | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 05-20-2026 | [ CCADMIN0155 ] | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | |
| 05-20-2026 | [ SJFIS ] | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | |
| 05-20-2026 | [ DCADMIN155 ] | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | |
| 05-20-2026 | [ DCADMINCSF ] | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 05-20-2026 | [ CCRMPF ] | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | |
| 05-20-2026 | [ DCADMIN10 ] | | $ 1.50 |
| | | DISTRICT COURT ADMIN FEE FOR $10 COLLECTION | |

**05-20-2026  [ CCADMIN10 ]**                                                         $ 1.00

COURT CLERK ADMIN FEE FOR $10 COLLECTION

**05-20-2026  [ LTF ]**                                                               $ 10.00

LENGTHY TRIAL FUND

**05-20-2026  [ P ]**

PETITION
Document Available (#1065664538) ☐TIFF   ☐PDF

**05-20-2026  [ SMF ]**                                                              $ 10.00

SUMMONS
Document Available (#1065664539) ☐TIFF   ☐PDF

**05-20-2026  [ SMIMA ]**

SUMMONS ISSUED - MAILED BY ATTORNEY

**05-20-2026  [ EAA ]**

ENTRY OF APPEARANCE
Document Available (#1065664540) ☐TIFF   ☐PDF

**05-20-2026  [ ADJUST ]**                                                            $ 6.46

ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION

**05-20-2026  [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING
AMOUNTS:
CJ-2026-4207: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2026-4207: AC31 COURT CLERK REVOLVING FUND -$0.03
CJ-2026-4207: AC67 DISTRICT COURT REVOLVING FUND -$0.04
CJ-2026-4207: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2026-4207: AC67 DISTRICT COURT REVOLVING FUND -$0.04
CJ-2026-4207: AC67 DISTRICT COURT REVOLVING FUND -$0.01
CJ-2026-4207: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2026-4207: AC31 COURT CLERK REVOLVING FUND -$0.01
CJ-2026-4207: AC31 COURT CLERK REVOLVING FUND -$0.03
CJ-2026-4207: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25
CJ-2026-4207: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.25
CJ-2026-4207: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2026-4207: AC79 OCIS REVOLVING FUND -$0.63
CJ-2026-4207: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2026-4207: AC01 CLERK FEES -$4.08
CJ-2026-4207: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2026-4207: AC01 CLERK FEES -$0.20

**05-20-2026** **[ ACCOUNT ]**

RECEIPT # 2026-6087730 ON 05/21/2026.
PAYOR: LEVI BAKER TOTAL AMOUNT PAID: $ 258.39.
LINE ITEMS:
CJ-2026-4207: $168.72 ON AC01 CLERK FEES.
CJ-2026-4207: $6.46 ON AC09 CARD ALLOCATIONS.
CJ-2026-4207: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2026-4207: $2.09 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2026-4207: $9.75 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2026-4207: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2026-4207: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2026-4207: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2026-4207: $3.14 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2026-4207: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2026-4207: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2026-4207: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2026-4207: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**05-21-2026** **[ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE MAI, NATALIE TO THIS CASE.